UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OLIVER TSUYA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PLEX, INC. and PLEX GMBH,<br><br>　　　　　Defendants. | Case Nos. 5:24-cv-09078 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to the Honorable Eumi K. Lee for consideration of whether the case is related to 5:23-cv-02386 EKL, *Richard Lee v. Plex, Inc. and Plex GmbH*.

**IT IS SO ORDERED.**

Dated:  December 16, 2024

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 24-cv-09078 NC
SUA SPONTE JUDICIAL REFERRAL