**JANOVE PLLC**
Raphael Janove (admitted *pro hac vice*)
raphael@janove.law
500 7th Avenue, 8th Fl.
New York, NY 10018
Tel: (646) 347-3940

**JANOVE PLLC**
Liana R. Vitale (State Bar No. 348772)
liana@janove.law
979 Osos St., Ste. A5
San Luis Obispo, CA 93401
Tel: (805) 505-9550

***Attorneys for Plaintiff and the Proposed Class***

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oliver Tsuya, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br> v.<br><br>PLEX, INC. and PLEX GMBH,<br><br>     Defendants. | Case No. 5:24-cv-09078-EKL<br><br>**LETTER REGARDING RECENT CORRESPONDENCE FROM JAMS ON THE STATUS OF THE ARBITRATION PROCEEDING**<br><br>Date: May 14, 2025<br>Time: 10:00 a.m.<br>Location: Courtroom 7<br>Judge: The Honorable Eumi K. Lee |

**LETTER REGARDING RECENT
JAMS CORRESPONDENCE**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pursuant to this Court's February 24, 2025 Order, Plaintiff Oliver Tsuya ("Plaintiff") and Defendant Plex, Inc. and Plex GbmH (collectively, "Plex") (together, the "Parties") submitted a joint update regarding the status of the arbitration proceeding on April 30, 2025. ECF No. 25. On May 1, 2025, JAMS corresponded with the Parties and stated that if Plex does not pay the filing fee within the next 30 days, JAMS will close their file for these filings. A true and correct copy of this correspondence from JAMS is enclosed as **Exhibit 1**.

Plaintiffs write to inform the Court of this development given that it is directly relevant to the "status of the arbitration proceeding," which the Court asked to be updated on in its February 24, 2025 Order. It was not included in the April 30, 2025 status report because the Parties have only received this correspondence this morning.

Respectfully Submitted,

DATED: May 1, 2025                    **JANOVE PLLC**


By:    _/s/ Raphael Janove_
         Raphael Janove


**JANOVE PLLC**
Raphael Janove (admitted *pro hac vice*)
raphael@janove.law
500 7th Avenue, 8th Fl.
New York, NY 10018
Tel: (646) 347-3940

Liana Roza Vitale (State Bar No. 348772)
liana@janove.law
979 Osos St., Ste. A5
San Luis Obispo, CA 93401
Tel: (805) 505-9550

*Attorneys for Plaintiff and the Proposed Classes*

**LETTER REGARDING RECENT
JAMS CORRESPONDENCE**