**JANOVE PLLC**
Raphael Janove (admitted *pro hac vice*)
raphael@janove.law
500 7th Avenue, 8th Fl.
New York, NY 10018
Tel: (646) 347-3940

**JANOVE PLLC**
Liana R. Vitale (State Bar No. 348772)
liana@janove.law
979 Osos St., Ste. A5
San Luis Obispo, CA 93401
Tel: (805) 505-9550

*Attorneys for Plaintiff and the Proposed Class*

Jacob P. Wilson (State Bar No. 331448)
jwilson@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
10960 Wilshire Boulevard, 18th Floor
Los Angeles, CA 90024
Tel.: 310-481-7702

Christopher J. Seusing (*Admitted pro hac vice*)
cseusing@wshblaw.com
Sean V. Patel *(pro hac vice forthcoming)*
spatel@wshblaw.com
**WOOD, SMITH, HENNING & BERMAN LLP**
685 3rd Avenue, 18th Floor
New York, NY 10017
Tel.: 475-755-7050

*Attorneys for Defendant Plex, Inc. and Plex GmbH*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA SAN JOSE

OLIVER TSUYA, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PLEX, INC. AND PLEX GMBH,

Defendants.

Case No. 5:24-cv-09078-EKL

*[Honorable Eumi K. Lee, Courtroom 7]*

**JOINT STIPULATION TO STAY PROCEEDINGS**

*[Filed concurrently with [Proposed] Order]*

Date Filed:        December 16, 2024

---

**JOINT STIPULATION TO STAY PROCEEDINGS**

Pursuant to Civil L.R. 6-1(a), Plaintiff Oliver Tsuya ("Plaintiff") and Defendants Plex, Inc. and Plex GmbH (collectively, "Defendants") (together, the "Parties"), through their undersigned counsel, hereby stipulate and agree as follows:

1.      WHEREAS, Plaintiff filed his Complaint on December 16, 2024, claiming that Defendants' alleged refusal to pay JAMS' arbitration fees is a breach of Defendants' arbitration agreement and a violation of the California Unfair Competition Law (ECF No. 1).

2.      WHEREAS, Defendants filed a Motion to Dismiss on January 6, 2025 (ECF No. 17).

3.      WHEREAS, the Court issued an Order on February 24, 2025, temporarily staying the above-captioned matter until April 29, 2025 to "provide JAMS an opportunity to inform the [P]arties whether and when the arbitration proceedings will be suspended or terminated if [Defendants] maintain [their] apparent refusal to pay the arbitration filings fees." (ECF No. 25).

4.      WHEREAS, the Court issued an Order on May 2, 2025, requesting the Parties file supplemental briefing regarding the Defendants' Motion to Dismiss "to account for the developments in the arbitration proceedings." (ECF No. 29).

5.      WHEREAS, the court issued an Order (ECF No. 30) on May 6, 2025, staying the action and requesting the Parties file a Joint Status Report by June 20, 2025, (ECF No. 31) if the Parties had not dismissed the action.

6.      WHEREAS, Parties are currently drafting a settlement agreement and are committed to executing in the near future, and filing a request for dismissal of the entire action with prejudice.

NOW WHEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT, subject to the Court's approval, this matter be stayed and all forthcoming deadlines suspended for forty-five (45) days from June 19, 2025 to **August 3, 2025.**  Doing so, will conserve the Court's resources and allow the Parties to execute a settlement agreement and file the request for dismissal of the entire action with prejudice.

/ / /

/ / /

/ / /

---

**JOINT STIPULATION TO STAY PROCEEDINGS**
1

**IT IS SO STIPULATED.**

DATED: June 20, 2025                              **JANOVE PLLC**

                                                 By: __/s/ Raphael Janove_____
                                                        Raphael Janove


                                                 **JANOVE PLLC**
                                                 Raphael Janove (*admitted pro hac vice*)
                                                 raphael@janove.law
                                                 500 7th Avenue, 8th Fl.
                                                 New York, NY 10018
                                                 Tel: (646) 347-3940

                                                 Liana R. Vitale (State Bar No. 348772)
                                                 liana@janove.law
                                                 979 Osos St., Ste. A5
                                                 San Luis Obispo, CA 93401
                                                 Tel: (805) 505-9550
                                                 ***Attorneys for Plaintiff and the Proposed Class***

DATED:  June 20, 2025

                                                 **WOOD, SMITH, HENNING & BERMAN LLP**

                                                 By:_____
                                                        Jacob P. Wilson

                                                 Jacob P. Wilson (State Bar No. 331448)
                                                 jwilson@wshblaw.com
                                                 10960 Wilshire Boulevard, 18th Floor
                                                 Los Angeles, CA 90024
                                                 Tel.: 310-481-7702

                                                 Christopher J. Seusing *(admitted pro hac vice)*
                                                 cseusing@wshblaw.com
                                                 Sean V. Patel *(pro hac vice forthcoming)*
                                                 spatel@wshblaw.com
                                                 685 3rd Avenue, 18th Floor
                                                 New York, NY 10017
                                                 Tel.: 475-755-7050
                                                 ***Attorneys for Defendants Plex, Inc. and Plex GmbH***

---

**JOINT STIPULATION TO STAY PROCEEDINGS**
2

## SIGNATURE ATTESTATION

Pursuant to Civil L.R. 5-1(h)(3), the filer of this document attests that all signatories have concurred in its filing.

DATED: JUNE 20, 2025

_____
Jacob P. Wilson, Esq.

## MEET AND CONFER ATTESTATION

The undersigned, counsel for Defendant, PLEX, INC. certifies that, in accordance with Civil Local Rule 7-4 counsel has met and conferred with opposing counsel on June 19, 2025 via telephone call and ongoing email exchange. During this meeting, settlement was discussed and Parties are drafting a settlement release. We have made good faith efforts to resolve the matter, and Parties are committed to executing the settlement release and filing a request for dismissal of the entire case with prejudice. Therefore, counsel is filing this Joint Motion.

DATED: JUNE 20, 2025

_____
Jacob P. Wilson, Esq.

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th June, 2025, I electronically filed the foregoing **JOINT STIPULATION TO STAY PROCEEDINGS** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Raphael Janove, Esq.<br>*(Admitted Pro Hac Vice)*<br>**JANOVE PLLC**<br>500 7th Ave., 8th Floor<br>New York, New York 10018<br>Telephone: (646) 347-3940<br>Email: raphael@janove.law<br><br>Liana R. Vitale, Esq.<br>**JANOVE PLLC**<br>979 Osos St., Sute. A5<br>San Luis Obispo, CA 93401<br>Telephone: (805) 505-9550<br>Email: liana@janove.law | ***ATTORNEYS FOR PLAINTIFF, OLIVER TSUYA*** |

*/s/ Teresa Cabanday*
Teresa Cabanday