Christopher J. Seusing *(Admitted Pro Hac Vice)*
cseusing@wshblaw.com
Sean V. Patel *(Pro Hac Vice Admission Forthcoming)*
spatel@wshblaw.com
**Wood, Smith, Henning & Berman LLP**
685 3rd Avenue, 18th Floor
New York, NY 10017
Tel: 475-755-7050

Jacob P. Wilson (State Bar No. 331448)
jwilson@wshblaw.com
**Wood, Smith, Henning & Berman LLP**
10960 Wilshire Boulevard, 18th Floor,
Los Angeles, CA 90024
Tel: 310-481-7702

*Attorneys for Defendants,*
**PLEX, INC. AND PLEX GMBH**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Oliver Tsuya, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PLEX, INC. and PLEX GMBH,<br><br>    Defendants. | Case No. 5:24-cv-09078-EKL<br><br>*[The Honorable Eumi K. Lee, Courtroom 7]*<br><br>~~[PROPOSED]~~ **ORDER TO GRANT JOINT STIPULATION TO STAY PROCEEDINGS FORTY-FIVE DAYS FROM JUNE 19, 2025 TO <u>AUGUST 3, 2025</u>**<br><br>*[Filed Concurrently with Stipulated Motion]* |

38422119.1:12373-0031                    -1-

**~~[PROPOSED]~~ ORDER TO GRANT JOINT STIPULATION TO STAY PROCEEDINGS**

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 356 8250

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ♦ FAX 925 356 8250

# [PROPOSED] ORDER

In Support of this Stipulated Motion to Stay Proceedings, the Parties state as follows:

1.    WHEREAS, Plaintiff filed his Complaint on December 16, 2024, claiming that Defendants' alleged refusal to pay JAMS' arbitration fees is a breach of Defendants' arbitration agreement and a violation of the California Unfair Competition Law (ECF No. 1).

2.    WHEREAS, Defendants filed a Motion to Dismiss on January 6, 2025 (ECF No. 17).

3.    WHEREAS, the Court issued an Order on February 24, 2025, temporarily staying the above-captioned matter until April 29, 2025 to "provide JAMS an opportunity to inform the [P]arties whether and when the arbitration proceedings will be suspended or terminated if [Defendants] maintain [their] apparent refusal to pay the arbitration filings fees." (ECF No. 25).

4.    WHEREAS, the Court issued an Order on May 2, 2025, requesting the Parties file supplemental briefing regarding the Defendants' Motion to Dismiss "to account for the developments in the arbitration proceedings." (ECF No. 29).

5.    WHEREAS, the court issued an Order (ECF No. 30) on May 6, 2025, staying the action and requesting the Parties file a Joint Status Report by June 20, 2025, (ECF No. 31) if the Parties had not dismissed the action.

6.    WHEREAS, Parties are currently drafting a settlement agreement and are committed to executing in the near future, and filing a request for dismissal of the entire action with prejudice

6.    NOW WHEREFORE, IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES THAT, subject to the Court's approval, this matter be stayed and all forthcoming deadlines suspended for forty-five (45) days until **August 3, 2025.**  Doing so will conserve the Court's resources and allow the Parties to execute a settlement agreement and file a request for dismissal of the entire action with prejudice.

7.    WHEREAS, having carefully reviewed the JOINT STIPULATION TO STAY PROCEEDINGS, and finding good cause for the same, the Court hereby orders as follows: *Tsuya v. Plex, Inc., et al* and all forthcoming deadlines therein are hereby stayed forty-five days from June 19, 2025 to **August 3, 2025**.  If the matter is not resolved by August 3, 2025 and the Parties have

38422119.1:12373-0031                    -2-
**[PROPOSED] ORDER TO GRANT JOINT STIPULATION TO STAY PROCEEDINGS**

not dismissed this action, the Parties shall file a Joint Status Report by August 4, 2025.

Plaintiff's and Defendants' stipulated motion to Stay Proceedings is **GRANTED.**

**IT IS SO ORDERED.**

DATED:   June 23, 2025

HONORABLE EUMI K. LEE
UNITED STATES DISTRICT JUDGE

WOOD, SMITH, HENNING & BERMAN LLP
Attorneys at Law
1401 WILLOW PASS ROAD, SUITE 700
CONCORD, CALIFORNIA 94520-7982
TELEPHONE 925 222 3400 ◆ FAX 925 356 8250

38422119.1:12373-0031                                    -3-
**[PROPOSED] ORDER TO GRANT JOINT STIPULATION TO STAY PROCEEDINGS**